# UNITED STATES DISTRICT COURT
for the
District of Connecticut

<u>New Haven</u> Division

**JACKSON TADDEO-WAITE**
*Plaintiff(s)*

-v-

**X Corp.**, formerly known as Twitter, Inc.
&
**X.AI Corp.**
*Defendant(s)*

)))))))))))))))))

Case No.

*(to be filled in by the Clerk's Office)*

MAY 30 2025 PM 2:47
FILED-USDC-CT-NEW HAVEN

## MOTION TO SEAL EXHIBIT A

Plaintiff Jackson Taddeo-Waite, appearing pro se, respectfully moves this Court pursuant to Fed. R. Civ. P. 5.2(d) and Local Rule 5(e) for an order permitting Exhibit A to be filed under seal.

Exhibit A contains a redacted image of a defamatory post targeting Plaintiff's minor daughter, including her name and likeness, along with racially and sexually abusive language. Although the image has been fully obscured, the underlying content—paired with the caption text—remains defamatory and emotionally harmful.

Given the nature of the material, its relevance to the cause of action, and the compelling interest in protecting the privacy of a minor, sealing is necessary to prevent further harm and unnecessary exposure. Plaintiff certifies that the least restrictive means has been used to protect the minor's identity.

A redacted copy of Exhibit A is lodged with the Court. No public version will be submitted.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and permit Exhibit A to be filed under seal.

Respectfully submitted,

Jackson Taddeo-Waite, Pro Se Plaintiff

Date: May 30th, 2025

9 Bryan Hall Plaza

Washington Depot, CT 06794

(860) 626-9603

jackson@futureinventors.org