# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Jackson Taddeo-Waite | : | |
| | : | Civil Action No. 3:25-cv-00874 (VDO) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| X. Corp. | : | |
| X.AI Corp. | : | |
| | : | |
| Defendants. | : | AUGUST 4, 2025 |

## CORPORATE DISCLOSURE STATEMENT OF X.AI CORP.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant X.AI Corp. states as follows

1.    X.AI Corp. is a non-governmental, privately held corporation. Its parent corporation is X.AI Holdings Corp.

2.    No publicly traded corporation owns 10% or more of the stock of X.AI Corp.

DEFENDANTS,
X. Corp.
X.AI Corp.

By: /s/ *Lauren R. Greenspoon*
    Lauren R. Greenspoon (ct04846)
    James D. Geisler (ct31447)
    SHOOK, HARDY & BACON L.L.P.
    185 Asylum Street
    City Place 1, Suite 3701
    Hartford, CT 06103
    Tel. No.: (860) 515-8901
    Fax No.: (860) 515-8911
    LGreenspoon@shb.com
    JGeisler@shb.com

    and

    Kenneth M. Trujillo-Jamison
    (*pro hac vice forthcoming*)
    Willenken LLP
    707 Wilshire Blvd., Suite 4100
    Los Angeles, CA 90017
    Tel. No.: (213) 955-8031
    Fax No.: (213) 955-9250
    ktrujillo-jamison@willenken.com

*Their Attorneys*

**CERTIFICATE OF SERVICE**

I hereby certify that on **AUGUST 4, 2025**, a copy of the foregoing **CORPORATE DISCLOSURE STATEMENT OF X.AI CORP.** was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                        */s/ Lauren R. Greenspoon*
                                        Lauren R. Greenspoon